

*This is the first page of the attached document. <u>Do not remove.</u>*

| | |
|---|---|
| Title of Document: | **Notice of Lis Pendens** |
| Date of Document: | **September 18, 2020** |
| Grantor(s): | **Franco Sicuro** <br> **Angela Clemente-Sicuro** |
| Grantee: | **The United States of America** |
| Grantee's Address: | **111 South 10th Street, Suite 20.333** <br> **St. Louis, Missouri 63102** <br> **(314) 539-2200** |
| Legal Description: | **See page 2 of this document** |
| Book(s) and Page(s) Affected: | |