IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCO SICURO, M.D., ) <br> and ) <br> CARLOS HIMPLER, ) <br> ) <br> Defendant. ) | Case No. 4:20CR00568 SEP |

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Eastern District of Missouri between the parties named above. The property whose title is at issue in that action is located at 227 Lansing Island Drive, Harbour Beach, Florida, 32937, being further described as:

(a) Lot 67, LANSING ISLAND PHASE TWO, according to the plat thereof, as recorded in Plat Book 39, Pages 102-103, of the Public Records of Brevard County, Florida

with all appurtenances, improvements and fixtures thereon.

The action, which is criminal action against defendants Franco Sicuro, M.D. and Carlos Himpler, seeks that any right, title, and interest in the property at issue be condemned and forfeited to the United States of America and as such is an action affecting the title to said property.

For further information concerning this proceeding, reference may be had to the records of the Clerk of the United States District Court for the Eastern District of Missouri, Eastern Division, St. Louis, Missouri.

Dated: September 18, 2020   Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Kyle T. Bateman*
KYLE T. BATEMAN, #996646(DC)
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:     (314) 539-2200
Facsimile:      (314) 539-2777
Kyle.Bateman@usdoj.gov